# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-cr-00307-AN |
| v. | **INFORMATION** |
| **CIARA D. MERCADO,** | 41 C.F.R. § 102.74.385 |
| **Defendant.** | |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
**(Failing to Obey a Lawful Order)**
**(41 C.F.R. § 102.74.385)**

On or about August 4, 2025, in the District of Oregon, the defendant, **CIARA D. MERCADO,** did willfully enter in and on federal property, specifically: the grounds of the Immigration and Customs Enforcement Building, and fail to comply with the lawful direction of federal police officers and other authorized individuals;

In violation of Title 40, United States Code, Section 1315 and Title 41, Code of Federal Regulations, Section 102-74.385, a class C misdemeanor.

Dated: August 5, 2025                                 Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Thomas S. Ratcliffe*
Thomas S. Ratcliffe, ILSB #6243708
Assistant United States Attorney