UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00307-AN |
| v. | ORDER DISMISSING INFORMATION |
| CIARA D. MERCADO, | |
| Defendant. | |

Based on the government's motion, pursuant to Fed. R. Crim. P 48(a), it is hereby ordered that the information filed on August 5, 2025 in the above-entitled case be dismissed without prejudice.

Dated: September 9th, 2025

_____
HONORABLE ADRIENNE NELSON
United States District Judge

Presented by:

SCOTT E. BRADFORD
United States Attorney


 _/s/ Jessica R. Keefer_
JESSICA R. KEEFER, MDB #1412180261
Assistant United States Attorney